```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/06
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARA KEARNEY LOVING, as agent
for Al Loving,

                Plaintiff,

- against -

GEORGE RICHARD N'NAMDI, et al.,

                Defendants.

05 Civ. 7966 (JGK)(MHD)

ORDER

---

JOHN G. KOELTL, District Judge:

    The Court has received the Report & Recommendation of Magistrate Judge Dolinger, dated October 10, 2006. There have been no objections to the Report & Recommendation. The Court adopts the Report & Recommendation. Therefore, the plaintiff's complaint is dismissed without prejudice as to the defendants G-R N'Namdi, Ltd., Kemba N'Namdi & Associates LLC, and N'Namdi Holdings LLC.

SO ORDERED.

Dated:    New York, New York
           December 3, 2006

                                        John G. Koeltl
                                    United States District Judge